1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

**EXHIBIT A**

EXHIBITS | 1

**SMITH LAW, LLC**
4301 NE 4th St. PO Box 2767
Renton, WA 98059
Phone: (206) 715-4248
Fax: (250) 900-2664

| Necessary Protective Items | Budget* | | | Mid** | | | Top Tier*** | | |
|---|---|---|---|---|---|---|---|---|---|
| | Protects From | Cost | Example Link | Protects From | Cost | Example Link | Protects From | Cost | Example Link |
| Helmet | Head contusions from impact (baton, projectile, or push to pavement) | $35-50 | https://www.sportsmansguide.com/product/index/raider-journey-open-face-helmet?a=1917656 | Larger amounts of force &/or lighter to wear | $70-150 | https://www.protechelmet.com/products.asp?cat=14 | Concussion as well as contusion; lighter to wear | $200-400 for manual impact; $300-600+ for ballistic impact protection | https://www.hardheadveterans.com/collections/tactical-helmet-hard-head-veterans/products/tactical-helmet-ate-bump |
| Eye protection | Short duration chemical spray, some impact resistance | $10-15 | https://www.safetyglassesusa.com/pyramex-i-force-safety-goggle-glasses-with-black-frame-and-clear-anti-fog-lenses/ | Tradeoffs btwn protection from chemical agents or ballistic impacts at this price point | $25-50 | https://www.safetyglassesusa.com/striketeamsj.html | Chemical agents & ballistic impacts | $100-200 | https://www.safetyglassesusa.com/ee7018-02.html |
| Respiratory protection | Some short-duration protection from chemical agents & infectious aerosols/particulates | $20 (not reusable) | https://www.acehardware.com/departments/tools/workwear-and-safety-gear/respirators/2302156 | Some chemical agents | $35, plus $30 cartridges which need to be replaced every ~4h | https://www.uline.com/Product/Detail/H-3393/Reusable-Respirators/3M-7502-Half-Face-Respirator-Medium<br><br>https://www.uline.com/Product/Detail/S-19185/Reusable-Respirators/3M-60923-Organic-Vapor-Acid-Gas-Cartridge-Filter-Combo-P100 | Most chemical agents, longer duration | $200-800+, plus $50-80 replacement cartridges | https://www.mirasafety.com/products/cm-6m-tactical-gas-mask?variant=16073089843251 |
| Boots | Minor incidental injury, non-slip | $40 | https://www.sportsmansguide.com/product/index/blackrock-men039s-side-zip-jungle-boots?a=1916808 | Toe and ankle protection, ground impact | $100-150 | https://www.drmartens.com/us/en/p/11822003 | Trampling, baton impact, shrapnel, short duration fire/flash bang protection | $200-400+ | https://www.galls.com/thorogood-station-1-ems-wildland-boot |
| Wrist & elbow guards | Baton or ground impact | $25 | https://www.fleetsafety.com/damascus-fp10-police-riot-gear-imperial-forearm-and-elbow-protection-two-adjustable-straps-forearm-protection-from-wrist-to-elbow-hard-shell-plastic-inserts/ | Additional coverage and impact resistance | $60 | https://virtuepb.com/products/paintball-pad-padding-gear-bunkerkings-v2-supreme-elbow-pads | Higher impact resistance &/or lighter/more flexible | $100-150 | https://kaliprotectives.com/collections/armor/products/strike-elbow-guards-1<br><br>https://www.backcountry.com/demon-united-flexmeter-wrist-guard-double?s=a |
| Knee pads / leg protection | Dragging & ground impact | $15 | https://www.motosport.com/thor-2020-sector-knee-guards?variant=TRO00BZ-X001-Y001 | Additional coverage and impact resistance | $60 | https://www.grainger.com/product/6UZE3 | Full leg protection | $150-300 | https://www.bohnarmor.com/product/all-season-adventure-armored-riding-pants |
| Torso protection | Blunt force from baton, punching, kicking, bike assault | $50-70 | https://www.motosport.com/fly-racing-2020-barricade-pullover-vest | Addl impact protection + possibly rubber bullet/shrapnel | $100-200 | https://wolfcreekdepot.com/products/kr2dm-dcp2000?variant=34325364113453 | Full armor | $300-800 | https://safelifedefense.com/product/multi-threat-vest |
| Ear protection | Attenuation of general noise | $2 (note - disposable foam will absorb teargas so while cheap must obtain this type in advance) | https://www.magidglove.com/Howard-Leight-Airsoft-Corded-and-Uncorded-Reusable-Earplugs-AS1RC-1.aspx | Some protection from flash bang grenades & acoustic devices | $10-15 | https://www.amazon.com/Macks-Pillow-Soft-Silicone-Earplugs/dp/B00SYEHC64/ | Explosive &/or extended noise protection | $70+ (earmuffs over earplugs) | https://www.amazon.com/Howard-Leight-Amplification-Electronic-R-01526/dp/B01G8POKMY/<br><br>https://www.amazon.com/SureFire-Defenders-filtered-Earplugs-reusable/dp/B004DH0YEI/ |
| Gloves | Pepper spray, abrasion | $5-15 | https://www.galls.com/lawpro-lightweight-multipurpose-duty-gloves?PMWTNO=000000000002323&PMSRCH= | Some impact protection | $25 | https://www.safetyglassesusa.com/mechanix-mpt-55-m-pact-gloves-black/ | Heat/flame resistant for handling gas canisters &/or heavy duty impact protection eg lacrosse goalie | $70-200 | https://www.magidglove.com/Level-10-Carbonx-Glove-CXGL10pp-CXGL10010.aspx |
| Mouthguard | Protects teeth and jaw from baton, ground impact, punching | $30 | https://www.impactmouthguards.com/collections/quick-fit | No meaningful improvement over budget version until custom | $30 | Use budget version | Custom for jaw & teeth, roll bar | $130-200 | https://gladiatorguards.com/product/gladiator-high-performance/ |
| Shield | Limited protection from low speed airborne projectiles and direct pepper spray | $5 | https://www.homedepot.com/p/Firm-Grip-5-ft-Golf-Umbrella-in-All-Black-38124/204700290 | Baton/shoving force & some protection from projectiles | $100 | https://bulletsafe.com/collections/bulletproof-shields/products/riotready-riot-shield | Deflects projectiles including rubber bullets | $600 | https://bulletsafe.com/collections/bulletproof-shields/products/bulletproof-shield |
| Approximate Total: | | $235 - $300 | | | $650 - $900 | | | $2,150 - $4,500+ | |

\* Budget represents the least costly version that provides any physical protection to the area. In many cases this will not be adequate to prevent injury and in most cases would provide only enough protection to allow the wearer time to flee the area, not to remain at the protest after the first instance of crowd control weapon deployment

\** Mid-tier gear is generally protective aside from direct hits/extended contact. This range is not ideal / fully protective from even serious harm, but with luck it can take the injury level down a couple notches most of the time.

\*** Top-tier gear is what I would recommend when cost is not a primary concern. The example links are to the low end of the top range and reflects the least expensive version I'm aware of for fully protective items. Generally speaking it is the civilian version of what law enforcement would use to protect themselves against similar threats; however, police are able to obtain it at a lower cost.

# EXHIBIT B

EXHIBITS | 2

SMITH LAW, LLC
4301 NE 4th St. PO Box 2767
Renton, WA 98059
Phone: (206) 715-4248
Fax: (250) 900-2664

| Necessary Protective Items | Budget | Mid | Top-Tier |
|---|---|---|---|
| Helmet | $40 https://www.sierra.com/shackleton-bike-helmet-for-men-and-women~p~852vr/ | $80 https://bulletsafe.com/collections/riotready-riot-gear/products/riotready-riot-helmet | $325 https://www.hardheadveterans.com/collections/tactical-helmet-hard-head-veterans/products/mich-helmet-for-sale |
| Eye protection | $17 https://www.safetyglassesusa.com/pyramex-i-force-safety-goggle-glasses-with-black-frame-and-clear-anti-fog-lenses/ | $50 https://www.safetyglassesusa.com/striketeamsj.html | $120 https://www.safetyglassesusa.com/ee7018-02.html |

| | | | | | | |
|---|---|---|---|---|---|---|
| Respiratory protection | | $20 | | $75 | | $335 |
| | https://www.acehardware.com/departments/tools/workwear-and-safety-gear/respirators/2302156 | | https://therespiratorshop.com/product/3m-7502-respirator-gas-mask-with-6001-2091-5n11-half-face-mask/ | | https://www.mirasafety.com/products/cm-6m-tactical-gas-mask?variant=16073089843251 | |
| Boots | | $35 | | $150 | | $425 |
| | https://www.sportsmansguide.com/product/index/blackrock-men039s-side-zip-jungle-boots?a=1916808 | | https://www.drmartens.com/us/en/p/11822003 | | https://www.galls.com/thorogood-station-1-ems-wildland-boot | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Wrist & elbow guards | | $24 | | $60 | | $135 |
| | https://www.fleetsafety.com/damascus-fp10-police-riot-gear-imperial-forearm-and-elbow-protection-two-adjustable-straps-forearm-protection-from-wrist-to-elbow-hard-shell-plastic-inserts/ | | https://virtuepb.com/products/paintball-pad-padding-gear-bunkerkings-v2-supreme-elbow-pads | | https://kaliprotectives.com/collections/armor/products/strike-elbow-guards-1 <br><br> https://www.backcountry.com/demon-united-flexmeter-wrist-guard-double?s=a | |
| Knee pads / leg protection | | $14 | | $57 | | $160 |
| | https://www.motosport.com/thor-2020-sector-knee-guards?variant=TRO00BZ-X001-Y001 | | https://www.grainger.com/product/6UZE3 | | https://www.bohnarmor.com/product/all-season-adventure-armored-riding-pants | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Torso protection | | $50 | | $106 | | $450 |
| | https://www.motosport.com/fly-racing-2020-barricade-pullover-vest | | https://wolfcreekdepot.com/products/kr2dm-dcp2000?variant=34325364113453 | | https://safelifedefense.com/product/multi-threat-vest | |
| Ear protection | | $2 | | $9 | | $64 |
| | https://www.magidglove.com/Howard-Leight-Airsoft-Corded-and-Uncorded-Reusable-Earplugs-AS1RC-1.aspx | | https://www.amazon.com/Macks-Pillow-Soft-Silicone-Earplugs/dp/B00SYEHC64/ | | https://www.amazon.com/Howard-Leight-Amplification-Electronic-R-01526/dp/B01G8POKMY/  https://www.amazon.com/SureFire-Defenders-filtered-Earplugs-reusable/dp/B004DH0YEI/ | |



| | | | | | | |
|---|---|---|---|---|---|---|
| Gloves | | $15 | | $25 | | $70 |
| | https://www.galls.com/lawpro-lightweight-multipurpose-duty-gloves | | https://www.safetyglassesusa.com/mechanix-mpt-55-m-pact-gloves-black/ | | https://www.magidglove.com/Level-10-Carbonx-Glove-CXGL10pp-CXGL10010.aspx | |
| Mouthguard | | $29 | | | | $130 |
| | https://www.impactmouthguards.com/collections/quick-fit | | | | https://gladiatorguards.com/product/gladiator-high-performance/ | |

| Shield | | $5 | | $105 | | $600 |
|---|---|---|---|---|---|---|
| | https://www.homedepot.com/p/Firm-Grip-5-ft-Golf-Umbrella-in-All-Black-38124/204700290 | | https://www.uspatriottactical.com/rothco-police-anti-riot-shield---polycarbonate-blank/1998.html | | https://bulletsafe.com/collections/bulletproof-shields/products/bulletproof-shield | |
| *Approximate Total:* | *$251* | | *$746* | | *$2,814* | |