UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Jessica Benton,
        Plaintiff,
     v.

City of Seattle,
        Defendant.

No. _____

DECLARATION OF JESSICA BENTON

I, Jessica Benton, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I am a resident of Seattle and am a child mental health specialist and researcher.

3. I have attended protests in Seattle prior to July 25, 2020.

4. I attended the protest in Seattle during the afternoon on July 25, 2020 and I brought chemical goggles that I borrowed from a friend as protective gear.

5. When the march got to Cal Anderson Park I heard explosions and saw tear gas being deployed. I was with the march for 45 minutes before I had to leave because what I was wearing was insufficient when Seattle Police Department officers deployed noxious gases into the crowd.

6. Because I have asthma and use an inhaler, I face threat of hospitalization and serious injury if I am in a space where tear gas is deployed.

7. I had to leave the protest.

8. After attending that protest, where the use of gases was repeated and extensive, I set about to get a gas mask so I could return to protest safely.

9. I called 5 hardware stores and spent 3 hours looking for a gas mask and none of the stores had any available in stock.

10. I finally found and ordered a gas mask online for $79.23 – a hardship for me, but I felt it necessary.

11. Until my gas mask arrived, I did not feel comfortable protesting against police brutality where Seattle Police Department officers would be in attendance. I would have felt able to protest without a gas mask if Seattle Police Department officers were prevented from using chemical agents, projectile guns, and blast balls.

Executed this 3RD day of August, 2020 at Seattle, WA.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Jessica Benton