1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6

| Anne Marie Cavanaugh, | No. _____ |
|---|---|
| Plaintiff, | DECLARATION OF ANNE MARIE CAVANAUGH |
| v. | |
| City of Seattle, | |
| Defendant. | |

7

8

9

10

I, Anne Marie Cavanaugh, declare and state as follows:

11

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

12

13

14

2. I am a Washington resident.

15

3. I attended a protest in support of Black Lives Matter – for the second time ever – in Seattle on July 25, 2020.

16

17

4. After my experiences at that protest, I decided I cannot go back until I figure out how to get protective eye gear.  I was taken aback by the onset of violence: myself and other protesters had marched from Capitol Hill through the Central District and down towards the jail.  But when the protest marched near the precinct, SPD just started shooting and gassing us.

18

19

20

21

22

5. I was very scared and very concerned about my safety – it was very sudden.

23

6. I did not have protective gear so I put on sunglasses, all I had – it was a shocking experience.

7. As a longtime union staffer, I have been to my share of protests as an activist.

8. I have never felt so threatened – so out of control – as I did on the streets of Seattle July 25, 2020.    It was haphazard, people were running, there was no advance notice: they just started shooting and gassing.

9. I am 54 – I am not sure what I would need to be safe at a protest in the future but would imagine I would need at a minimum some protective eye covering, a gas mask. I am not sure what is required; it makes me scared to go back because I feel too threatened by what could happen to me.  I think maybe a shield would help.

10. I am hoping to get guidance from younger protesters as to where and how to get protective gear – I do not know where to even begin. It is overwhelming and has definitely made "going to protest" a pre-planned, extremely involved event.

Executed this 3RD day of August 2020 at Tacoma, WA.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

__/s/ Anne Marie Cavanaugh
Anne Marie Cavanaugh