UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Clare Thomas,
        Plaintiff,

v.

City of Seattle,
        Defendant.

No. _____

DECLARATION OF CLARE THOMAS

I, Clare Thomas, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I am a resident of Ballard, Washington, and am the president of the parent teacher organization at my child's school.

3. I have attended several protests in Seattle by myself and with my teenage daughter. In the past, for example, my teenaged daughter and I have attended women's marches, and May Day protests. I have never had to wear a gas mask at those protests.

4. But after attending the protest in Seattle on July 25, 2020, I would never allow my teenage daughter to come along with me. I went wearing googles but will not return without purchasing a gas mask with a respirator.

5. While I was at the park in daytime with other protesters, a couple of flashbangs went off within four feet of me. I was in the crowd of people on the street being rushed down Broadway. SPD was throwing flashbangs into the fleeing crowd, at our backs.

6. I observed a nonchalance from Seattle Police Department with the explosives they used for crowd control techniques.

7. After that experience I felt the need to order more advanced protective gear before going back out to protest and I need to order a gas mask, respirator, knee pads and before returning to protest.

8. Because I have not had the time to obtain these additional items – I have not returned to a protest.

Executed this 3rd day of August 2020 at Bothell, WA.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

/s/ Clare Thomas
Clare Thomas