UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Alyssa Garrison
        Plaintiff,
   v.

City of Seattle,
        Defendant.

No. _____

DECLARATION OF ALYSSA GARRISON

I, Alyssa Garrison, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I am a resident of Seattle, Washington and I work as a nanny.

3. I have attended protests in the Seattle area since 2016.

4. After the May 29th 2020 protest in Seattle, I acquired a helmet, chemistry goggles and an umbrella for protection. Prior to that, I have never used protective gear at a protest.

5. On June 1, 2020, I attended a protest during which Seattle Police Department officers – without provocation – hit me in the back with a rubber bullet from a projectile-style gun.

6. I have experienced bruising, soreness and reproductive issues as a result of my exposure to chemical irritants and rubber bullets deployed and by the Seattle Police Department.

7. I was unable to return to protest for two weeks while I recovered from my injuries.

8. On July 25th, 2020, I protested in Seattle. I wore head-to-toe protective gear, saline, water and bandages.

9. As the protest march reached the intersection of 12TH and Pine Streets, a friend with whom I was protesting was hit by a flash bang that was thrown aimlessly into the crowd at large by Seattle Police Department officers. She sustained injuries that she is dealing with to date:



10. Later, at the corner of the East Precinct, a large group of officers – over 150 – arrived with some who arrived in large tank-like vehicles. The officers threw flash bang and gas grenades at the group of protesters.

11. A friend in my group was within conversational distance from a Seattle Police Department officer and asked him why they were doing this and he responded by

pepper spraying her directly in the face and threw a flash bang grenade at her, which exploded on her calf.

12. The next day I wanted to attend a protest but did not for fear of police violence.

13. Based on witnessing the use of chemical weapons by the police directly to the face and eyes of my friend, I felt I could not return to a protest without a respirator for protection.

14. The cost of a respirator has been a financial hardship for me.

15. Despite the hardship, to exercise my 1st Amendment rights, I bought a respirator for $209.

16. I did not go out to protests while I was awaiting the respirator for fear of being harmed by the Seattle Police Department and its officers.

17. I waited two days for my protective gear to arrive in the mail.

18. In those two days I missed two protests I would have attended if I had sufficient gear or if Seattle Police Department were restricted from using projectile guns, chemical irritants, and blast balls.

Executed this 3RD day of August, 2020 at Seattle WA.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

/s/ Alyssa Garrison
Alyssa Garrison