UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Jessica Benton, Shelby Bryant, Anne Marie Cavanaugh, Alyssa Garrison, and Clare Thomas.<br>Plaintiff,<br>v.<br><br>City of Seattle,<br>    Defendant. | No. 2:20-CV-01174- RAJ<br><br>DECLARATION OF COUNSEL |

I J. Talitha Hazelton, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. King County Equity Now and Decriminalize Seattle are hosting a March and Rally to put pressure on the Seattle City Council on the day it is to vote regarding the Seattle Department's funding.

3. The graphic and call to action has been circulated on Twitter, Instagram and Facebook, as well as other social media platforms.

4. Notably, the graphic itself underscores the Plaintiff's point: gas masks have become a necessity at protest such that it makes its way into the quotidian gear of protesters themselves, and further into popular art calling for action.

5.

[Flyer: "Decriminalize Seattle & King County Equity Now Present: TAKE TO THE STREETS DEFUND THE POLICE MARCH AND RALLY. AUG. 5TH, 12PM. WHERE: Youth Jail to City Hall. WHAT: March and Rally on day of Historic City Council Vote to Defund SPD. Let's show city council we are the majority and we are on the right side of history."]

6. The scheduled vote is a contentious one. *See* https://www.seattletimes.com/seattle-news/politics/seattle-city-council-members-propose-police-layoffs-but-say-they-cant-defund-by-50-right-away/

Executed this 4TH day of August 2020 at Seattle, WA.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

_____
J. Talitha Hazelton
*Counsel for Plaintiffs*