UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA BENTON, SHELBY BRYANT, ANNE MARIE CAVANAUGH, ALYSSA GARRISON, AND CLARE THOMAS,<br>　　　　Plaintiff,<br>　　v.<br>CITY OF SEATTLE,<br>　　　　Defendant. | No. 2:20-CV-01174- RAJ<br><br>DECLARATION OF VICTORIA RAMON |

I, Victoria Ramon, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. On July 3, 2020, I started a fund to obtain funds to purchase gear for live-streamers, who take live video at protests and stream it to viewers at home.

3. The live-streamers were attending the daily protests in Seattle and streaming the marches. On July 12, 2020, the fund was expanded to serve not just live-streamers but also protesters.

4. That fund is available here: https://www.facebook.com/donate/296889398161980/

5. I had seen Seattle Police Department officers use tear gas and pepper spray on people at Broadway and Pine. I watched Seattle Police Department officers use blast balls at that intersection against protesters nightly for almost two weeks.

6. I had some prior experience fundraising, so started this fund.

7. To date, I have raised $13,285 and used $10,436.28 of that money.

8. That money was utilized to purchase protective gear, including gas masks for the OC spray, tactical helmets for the high velocity projectiles, and medical supplies to respond to blast balls utilized against crowds, often landing unpredictably.

9. This gear was purchased for protesters here on the streets of Seattle protesting racial injustice and in support of Black lives.

10. It was purchased to protect against the harm that befalls protesters when they are subjected to the munitions of Seattle Police Department, specifically: blast balls, OC spray, and projectile guns.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

/s/ Victoria Ramon
Victoria Ramon