1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA BENTON, SHELBY BRYANT, ANNE MARIE CAVANAUGH, ALYSSA GARRISON, AND CLARE THOMAS, <br> Plaintiff, <br> v. <br><br> CITY OF SEATTLE, <br> Defendant. | No. 2:20-CV-01174- RAJ <br><br> DECLARATION OF J. TALITHA HAZELTON |

I, J. Talitha Hazelton, declare and state as follows:

1.  The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2.  On August 3, 2020 at 10:00AM I conferred with Assistant City Attorney Ghazal Sharifi via telephone number 206-684-8217.

3.  The conversation lasted no longer than 3 minutes upon review of the call length detail for the conversation on August 3, 2020 at 10:00AM via my cell phone's call log history.

4.  Counsel identified herself and plaintiffs and conversed with what appeared to be a bewildered assistant city attorney. Ms Sharifi seemed confused by fact that plaintiffs were seeking a TRO, considering Judge Jones' issuance of a TRO in June and Judge Robart's entry of an injunction in July.

5. The goal of the conversation from undersigned counsel's end was to obtain, via conference with Ms. Sharifi, the foregone response: no, the City would not agree to be bound by a TRO that limits the munitions officers can utilize at protests.

6. I received the impression that Ms. Sharifi was under the misapprehension that I was unaware of the pending actions. Thus, I curtly assured Ms. Sharifi yes, I recognized there was another suit. Yes, I recognize Judge Robart issued an order related to the consent decree. Yet, and still, I am inquiring (as it is our position that after July 25, 2020 said orders are insufficient): will you agree to this proposed TRO?

7. The city indicated it would not.

/s/ J. Talitha Hazelton
J. Talitha Hazelton