Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSICA BENTON, SHELBY BRYANT, ANNE MARIE CAVANAUGH, ALYSSA GARRISON, and CLARE THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No.   2:20-CV-01174 RAJ<br><br>CITY'S RESPONSE TO PLAINTIFFS' MOTION TO AMEND COMPLAINT |

The City of Seattle ("City") does not oppose Plaintiffs' request for leave to Amend the Complaint. Plaintiffs did not meet and confer on the motion for leave to amend or dismiss. The City disagrees with Plaintiffs' characterization of facts and developments identified in the motion. Nonetheless, The City does not object to Plaintiffs' motion for leave to amend or the dismissal of Plaintiff Thomas. The City respectfully requests 30 days from the Court's order to answer or otherwise plead.

CITY'S RESPONSE TO PLAINTIFFS'
MOTION TO AMEND COMPLAINT
- 1 (2:20-cv-01174 RAJ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

DATED this 13th day of October, 2020.

                        PETER S. HOLMES
                        Seattle City Attorney

By:   */s/ Ghazal Sharifi*
        Ghazal Sharifi, WSBA#
        Carolyn U. Boies, WSBA# 40395
        Assistant City Attorneys

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Tel #: (206) 684-8200
Fax:# (206) 684-8284

E-mail: ghazal.sharifi@seattle.gov
E-mail: Carolyn.Boies@seattle.gov

*Attorney for Defendant City of Seattle*

CITY'S RESPONSE TO PLAINTIFFS'
MOTION TO AMEND COMPLAINT
- 2 (2:20-cv-01174 RAJ)

# CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| J. Talitha Hazelton<br>SMITH LAW LLC<br>4301 NE 4th Street<br>P.O. Box 2767<br>Renton, WA  98059<br>(206) 715-4248<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>talitha@thesmithlaw.com |

  /s/*Ghazal Sharifi*_____
Ghazal Sharifi
Assistant City Attorney

CITY'S RESPONSE TO PLAINTIFFS'
MOTION TO AMEND COMPLAINT
- 3 (2:20-cv-01174 RAJ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200