The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JESSICA BENTON, SHELBY BRYANT, ANNE MARIE CAVANAUGH, AND ALYSSA GARRISON | Case No. 2:20-cv-01174-RAJ |
| Plaintiffs, | **AALIAH CONDON DECLARATION IN SUPPORT FOR MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| CITY OF SEATTLE, | |
| Defendant | |

I, Aaliah Condon, declare and state as follows:

1. I was present at Cal Anderson Park in the Capitol Hill neighborhood of Seattle, WA, on December 18, 2020.

2. Seattle Police Department (SPD) was effectuating a sweep of the encampment, alongside the Seattle Parks Department.

3. SPD officers were dressed in full riot gear, accompanied by SWAT and multiple large, militarized vehicles.

DECLARATION IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION - 1

2:20-cv-01174-RAJ

**SMITH LAW, LLC**
4301 NE 4th St.
PO Box 2767
Renton, WA 98056
Tel: (206) 715-4248
Fax: (206) 900-2664

4. A barricade had been built around the park to protect the encampment.

5. A crowd of protestors stood inside the barricade and were approached by SPD officers.

6. SPD officers announced a dispersal order and began aggressively deploying pepper balls as soon as they entered the barricade.

   a. They shot these pepper balls within a few feet of the front line of the crowd.

   b. The whole in the barricade—where officers were standing—was the only exit.

7. The group was pushed up against the barricade, unable to disperse in compliance with SPD's order.

   a. SPD officers continued to push the group back.

EXECUTED this 22nd day of December 2020 in Seattle, Washington.

   I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.


By: _____

   Aaliah Condon, Declarant


DECLARATION IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION - 2

2:20-cv-01174-RAJ

**SMITH LAW, LLC**
4301 NE 4th St.
PO Box 2767
Renton, WA 98056
Tel: (206) 715-4248
Fax: (206) 900-2664

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Dated this 22nd day of December 2020 at Seattle, Washington.

_____

J. Talitha Hazelton

CERTIFICATE OF SERVICE

**SMITH LAW, LLC**
4301 NE 4th St.
PO Box 2767
Renton, WA 98059
sade@thesmithlaw.com
Tel: (206) 715-4248
Fax: (206) 900-2664