Honorable Richard A. Jones
NOTE ON MOTION CALENDAR: March 31, 2021

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JESSICA BENTON, SHELBY BRYANT, ANNE MARIE CAVANAUGH, and ALYSSA GARRISON,

Plaintiffs,

v.

CITY OF SEATTLE,

Defendant.

No.   2:20-CV-01174 RAJ

STIPULATED MOTION TO CONTINUE TRIAL AND DISCOVERY DEADLINES

**STIPULATION**

Pursuant to the Court's September 10, 2020 Order Setting Trial Date and Related Dates (Dkt. 30), Fed. R. Civ. P. 6(b) and Fed R. Civ. P. 26, the parties, having met and conferred on this specific issue, hereby stipulate to continue and reset the following deadlines to the dates specified.  Good cause exists to grant such relief and any neglect by the parties is excusable given current uncertainties of what complaint will be operative in this case, Plaintiffs having filed a motion to amend their complaint on September 29, 2020. Dkt. 42.  To preserve judicial resources, the parties have withheld

STIPULATED MOTION TO CONTINUE TRIAL AND DISCOVERY
DEADLINES - 1 (2:20-cv-01174 RAJ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

from seeking such relief and instead waited for decision on the Motion to Amend Complaint. However, the current discovery schedule and related deadlines are unduly burdensome given current uncertainties regarding the pleadings. The parties have thus agreed to push out all dates in in the September 10, 2020 order by four months, creating the following schedule.

| Case Event | Date |
|---|---|
| Deadline for Expert Witness Disclosure/Reports FRCP 26(a)(2) | July 31, 2021 |
| Discovery Cutoff | October 1, 2021 |
| Deadline to file Dispositive Motions | October 27, 2021 |
| Deadline to File Motions *in limine* | December 28, 2021 |
| Deadline for Filing Trial Briefs, Proposed Findings of Fact and Conclusion of Law and Jury Instructions (do not file proposed Findings of Fact and Conclusion of Law with the Clerk) | January 17, 2022 |
| Trial Date | January 24, 2022 – February 4, 2022 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD this 31st day of March, 2021.

DATED this 31st day of March, 2021.

        PETER S. HOLMES
        Seattle City Attorney

By: */s/ Jeremy Wood*
    Jeremy Wood, WSBA# 51803
    Ghazal Sharifi, WSBA# 47750
    Carolyn U. Boies, WSBA# 40395
    Assistant City Attorneys

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Tel #:  (206) 684-8200
Fax:#  (206) 684-8284

E-mail: jeremy.wood@seattle.gov

STIPULATED MOTION TO CONTINUE TRIAL AND DISCOVERY
DEADLINES - 2 (2:20-cv-01174 RAJ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

E-mail:  ghazal.sharifi@seattle.gov
E-mail:  carolyn.boies@seattle.gov

*Attorney for Defendant City of Seattle*

By: */s/ J. Talitha Hazelton*
J. Talitha Hazelton, WSBA# 52460

Smith Law LLC
4301 NE 4th St. PO BOX 2767
Renton, WA 98058
talitha@thesmithlaw.com
Tel: (206) 715-4248
Fax: (206) 900-2664

*Attorney for Plaintiffs*

STIPULATED MOTION TO CONTINUE TRIAL AND DISCOVERY
DEADLINES - 3 (2:20-cv-01174 RAJ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

# CERTIFICATE OF SERVICE

I hereby certify that on March 31 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| J. Talitha Hazelton<br>SMITH LAW LLC<br>4301 NE 4th Street<br>P.O. Box 2767<br>Renton, WA  98059<br>(206) 715-4248<br><br>**[Attorney for Plaintiffs]** | ( x )  Via Email<br>talitha@thesmithlaw.com<br>mona@thesmithlaw.com |

   /s/*Jeremy Wood*_____
Jeremy Wood
Assistant City Attorney

STIPULATED MOTION TO CONTINUE TRIAL AND DISCOVERY DEADLINES - 4 (2:20-cv-01174 RAJ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200