Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JESSICA BENTON, SHELBY BRYANT, ANNE MARIE CAVANAUGH, and ALYSSA GARRISON,

Plaintiffs,

v.

CITY OF SEATTLE,

Defendant.

No.   2:20-CV-01174 RAJ

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND DISCOVERY DEADLINES

## ORDER

Based upon the parties' stipulation and good cause shown, IT IS HEREBY ORDERED THAT:

1. The Amended Case Schedule is as follows:

| Case Event | Date |
| --- | --- |
| Deadline for Expert Witness Disclosure/Reports FRCP 26(a)(2) | July 31, 2021 |
| Discovery Cutoff | October 1, 2021 |
| Deadline to file Dispositive Motions | October 27, 2021 |
| Deadline to File Motions *in limine* | December 28, 2021 |
| Deadline for Filing Trial Briefs, Proposed Findings of Fact and Conclusion of Law and Jury Instructions (do not file proposed Findings of Fact and Conclusion of Law with the | January 17, 2022 |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND DISCOVERY DEADLINES - 1 (2:20-cv-01174 RAJ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

| Clerk) | |
|---|---|
| Trial Date | January 24, 2022 – February 4, 2022 |
| Case Event | Date |

DATED this _____ day of March, 2021

_____
THE HONORABLE RICHARD A. JONES

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND DISCOVERY DEADLINES - 2 (2:20-cv-01174 RAJ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200