Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JESSICA BENTON, SHELBY BRYANT, ANNE MARIE CAVANAUGH, and ALYSSA GARRISON,

   Plaintiffs,

v.

CITY OF SEATTLE,

   Defendant.

No.   2:20-CV-01174 RAJ

NOTICE OF WITHDRAWAL

**TO:   Clerk of the above-entitled court; and**

**TO:   Plaintiffs above-named and their counsel of record:**

PLEASE TAKE NOTICE that, effective immediately, Assistant City Attorney Jeremy F. Wood, WSBA 51803, withdraws as counsel for Defendant, City of Seattle. Assistant City Attorney Ghazal Sharifi and Carolyn U. Boies remain as counsel for Defendant, City of Seattle.

/ / /

/ / /

/ / /

NOTICE OF WITHDRAWAL - 1 (2:20-cv-01174 RAJ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1
2
    DATED this 14th day of July, 2021.
3
                           PETER S. HOLMES
4
                            Seattle City Attorney
5
6
                By:   */s/ Jeremy F. Wood*
                        Jeremy F. Wood, WSBA# 51803
                        Assistant City Attorney
7
8
                      Seattle City Attorney's Office
                      701 Fifth Avenue, Suite 2050
                      Seattle, WA 98104
9
                      Tel #:  (206) 684-8200
                      Fax:#  (206) 684-8284
10
11
                      E-mail: Jeremy.wood@seattle.gov
12
                      *Attorney for Defendant City of Seattle*
13
14
15
16
17
18
19
20
21
22
23

NOTICE OF WITHDRAWAL - 2 (2:20-cv-01174 RAJ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200