THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA BENTON, SHELBY BRYANT, ANNE MARIE CAVANAUGH, ALYSSA GARRISON, and CLARE THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | NO. 2:20-cv-01174 RAJ<br><br>NOTICE OF APPEARANCE<br><br>[Clerk's Action Required] |

TO:    Clerk of the above-entitled court, and

TO:    All Parties and Their Counsel of Record.

YOU AND EACH OF YOU will please take NOTICE that THOMAS P. MILLER of CHRISTIE LAW GROUP, PLLC, hereby appears as counsel of record for Defendant City of Seattle in the above-entitled action and requests that all further papers and pleadings, except original process, be served upon the undersigned attorney at the address below stated.

/ / /

NOTICE OF APPEARANCE (2:20-cv-01174 RAJ) - 1

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1   DATED this 27th day of July, 2021.

2                                           CHRISTIE LAW GROUP, PLLC

3

4                                           By   /s/ Thomas P. Miller
                                                THOMAS P. MILLER, WSBA # 34473
                                                Attorney for Defendant City of Seattle
5                                               2100 Westlake Avenue N., Suite 206
                                                Seattle, WA  98109
6                                               Telephone:  (206) 957-9669
                                                Fax:  (206) 352-7875
7                                               Email:  tom@christielawgroup.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

NOTICE OF APPEARANCE (2:20-cv-01174 RAJ) - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jessica Talitha Hazelton, WSBA #52460
Smith Law LLC
4301 NE 4TH ST
PO BOX 2767
Renton, WA 98059
Telephone: 206-226-7447
Fax: 206-900-2664
E-mail: talitha@thesmithlaw.com
*Attorney for Plaintiffs*

Carolyn U. Boies, WSBA #40395
Seattle City Attorney's Office
701 5th Ave. Ste 2050
Seattle, WA 98104-7097
Phone: 206-233-2658
Fax: 206-684-8284
Email: Carolyn.boies@seattle.gov
*Attorney for Defendant City of Seattle*

Ghazal Sharifi, WSBA #47750
Seattle City Attorney's Office
701 5th Ave. Ste 2050
Seattle, WA 98104-7097
Phone: 206-684-8217
Fax: 206-684-8284
Email: Ghazal.Sharifi@seattle.gov
*Attorney for Defendant City of Seattle*

CHRISTIE LAW GROUP, PLLC


By    /s/ Thomas P. Miller
      Thomas P. Miller, WSBA # 34473
      Attorney for Defendant City of Seattle
      2100 Westlake Avenue N., Suite 206
      Seattle, WA  98109

1
2
Telephone: (206) 957-9669
Fax: (206) 352-7875
Email: tom@christielawgroup.com

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

NOTICE OF APPEARANCE (2:20-cv-01174 RAJ) - 4

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669