The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA BENTON, SHELBY BRYANT, ANNE MARIE CAVANAUGH, ALYSSA GARRISON, and CLARE THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-CV-01174-RAJ<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL AS TO ALL CLAIMS<br><br>NOTE ON MOTION CALENDAR:<br>September 14, 2021 |

It is hereby STIPULATED AND AGREED, by and between plaintiffs, Jessica Benton, Shelby Bryan, Anne Marie Cavanaugh, Alyssa Garrison, and Clare Thomas, through counsel, J. Talitha Hazelton, and defendants, City of Seattle, through its counsel Thomas P. Miller, that the above-entitled action as to all claims may be dismissed with prejudice and without costs.

Dated this 14TH day of September.

/s/ J. Talitha Hazelton
J. TALITHA HAZELTON, WSBA No. 52460
Counsel for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL
AS TO ALL CLAIMS – 1

SMITH LAW, LLC
4301 NE 4th St. PO Box 2767
Renton, WA 98059
Phone: (206) 226-7447
Fax: (250) 900-2664

/s/ Thomas P. Miller
THOMAS P. MILLER, WSBA No.34473
Counsel for Defendant

**ORDER**

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED that this matter, including all claims, shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

DONE IN OPEN COURT this _____ day of September, 2021.

_____
RICHARD A. JONES
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
AS TO ALL CLAIMS – 2

SMITH LAW, LLC
4301 NE 4th St. PO Box 2767
Renton, WA 98059
Phone: (206) 226-7447
Fax: (250) 900-2664